*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **SAMANTHA ROBINSON, et al.** | |
| Plaintiff(s), | |
| vs. | **Civil Action No. 06-1253 (RCL)** |
| **DISTRICT OF COLUMBIA, et al.** | |
| Defendant(s). | |

## NOTICE REGARDING BULKY EXHIBITS

Pursuant to the procedures for filing documents electronically, this Notice serves as a notification that the bulky exhibits filed in this case are available at the Clerk's Office for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk