UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMANTHA ROBINSON, for<br>A.B., a minor, et al., | :<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | : Civ. No. 06-1253 (RCL) |
| DISTRICT OF COLUMBIA, et al., | :<br>:<br>: |
| Defendants. | :<br>: |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

The Defendants, by counsel and pursuant to Fed. R. Civ. P. 6 (b)(1), hereby move this Court for a 90 day enlargement of time – to November 3, 2006 – to respond to the complaint herein.

This action is an aggregation of 40 individual plaintiffs' claims for the recovery of attorneys' fees and costs under the Individuals With Disabilities Education Act, 20 U.S.C. §§1400 *et seq*.("IDEA"). As to each claim, it is asserted that each individual plaintiff/claimant prevailed with respect to a different special education administrative proceeding at the District of Columbia Public Schools ("DCPS"). The complaint and accompanying documentation is more than 850 pages in length, and recites as to each claim the particular administrative event said to ground the claim; the purported facts concerning the plaintiffs' attorneys' submission to DCPS of a request for payment, and DCPS's response; and a specification, by invoices, of fees and costs claimed to be remaining to be paid. All of the complaint assertions and supporting exhibits must be

reviewed and responded to by the Defendants.

This complaint was one of two served simultaneously on the District of Columbia's Office of Attorney General on July 17, 2006.  The other action (precisely the same in nature, attorneys' fee claims under IDEA) was Abarca v. District of Columbia, Civ. No. 06-1254 (D.D.C., July 12, 2006).

In combination with the captioned action, these suits contain 100 *different fee claims,* based on individual, different factual circumstances, and are reflected in *more than 2,000 pages* of filed complaint assertions and supporting documentation. In order to respond to these complaints, each claim must be researched by the same few legal and financial individuals at DCPS responsible for this subject matter, and each must be addressed in this Court by undersigned counsel. Given the volume of individual claims, and the documents required to be reviewed (and asserted facts verified), however, it is simply not possible for the necessary work to be concluded, and all of these claims to be responded to, in the 20 day period normally allowed for response to complaints under the Federal Rules and the Rules of this Court.

Accordingly, a 90- day enlargement of time to respond to the complaint is respectfully requested.

Pursuant to LCvR 7 (m), the undersigned contacted Plaintiffs' attorney concerning this motion.  Plaintiffs' counsel declined to consent to more than a 45 day enlargement of time.

Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General
        for the District of Columbia


        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division


        /s/*Edward P. Taptich*
        EDWARD P. TAPTICH [#012914]
        Chief, Equity Section 2


        */s/ Amy Caspari*
        Amy Caspari [#488968]
        Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor North
        Washington, D.C. 20001
        (202) 724-7794
        amy.caspari@dc.gov


August 2, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SAMANTHA ROBINSON, for A.B., a minor, et al.,**  :<br>:<br>Plaintiffs,  :<br>:<br>v.  :<br>:<br>**DISTRICT OF COLUMBIA, et al.,**  :<br>:<br>Defendants.  : | Civ. No. 06-01253 (RCL) |

**ORDER**

On consideration of the Defendants' Motion For Enlargement Of Time To Respond To Complaint, filed August 2, 2006, and it appearing that a grant of that motion would be just and proper, it is, this ____ day of August, 2006,

ORDERED, That the Defendants' motion is granted; and it is

FURTHER ORDERED, That the time within which the Defendants may respond to the complaint herein is hereby enlarged to and including November 3, 2006.

_____
United States District Court Judge