UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMANTHA ROBINSON,<br>parent and next friend of A.B., a minor<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>              Defendants. | )<br>)<br>)<br>) No.1:06CV01253 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PRAECIPE**

To the Clerk of the Court:

**Please dismiss and mark all the Plaintiffs as settled and paid with the exception of the following**:

1. VALERIE JORDAN, parent and next friend of J.G., a minor;
2. JULIA HUNTER, parent and next friend of J.H., a minor;
3. RANDOLPH NARCISCO, parent and next friends of J.W., a minor;

**Please withdraw the following case with prejudice**:

1. BARBARA YOUNG, parent and next friend of S.Y., a minor.

          Respectfully submitted,

          /s/
          Tilman L. Gerald [928796]
          Roxanne D. Neloms [478157]
          James E. Brown & Associates, PLLC
          1220 L Street, NW, Suite 700
          Washington, D.C. 20005
          (202) 742-2000
          (202) 742-2098 (fax)
          *Attorneys for Plaintiffs*