UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMANTHA ROBINSON, for<br>A.B., a minor, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>  Defendants. | :<br>:<br>:<br>:<br>:<br>: Civ. No. 06-1253 (RCL)<br>:<br>:<br>:<br>:<br>: |

**PRAECIPE**

The Defendants, through counsel, respectfully notify this Court of a decision issued on June 19, 2007, concerning the same issues that are before us in this case. Attached for the Court's convenience is a copy of the decision.

                                                Respectfully submitted,

                                                LINDA SINGER
                                                Attorney General
                                                for the District of Columbia

                                                GEORGE C. VALENTINE
                                                Deputy Attorney General
                                                Civil Litigation Division

                                                ***/s/ Edward P. Taptich***
                                                EDWARD P. TAPTICH [#012914]
                                                Chief, Equity Section 2

                                                ***/s/ Amy Caspari***
                                                Amy Caspari [#488968]
                                                Assistant Attorney General
                                                441 Fourth Street, N.W.
                                                Sixth Floor South
                                                Washington, D.C. 20001
                                                (202) 724-7794
June 22, 2007                            amy.caspari@dc.gov