UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMANTHA ROBINSON, et. al., )<br>Parent and next friend of A.B., a minor )<br>Plaintiffs )<br>v. )<br>)<br>)<br>DISTRICT OF COLUMBIA, et.al., )<br>Defendants. )<br>) | Civil Action No: 06-1253 (RCL) |

## PRAECIPE

To the Clerk of the Court:

　　Please withdraw Tilman L. Gerald as the lead attorney in this matter and enter a notice of appearance for Roxanne D. Neloms.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　Roxanne D. Neloms [478157]
　　　　　　　　　　　　　　　　　　　　　　James E. Brown & Associates, PLLC
　　　　　　　　　　　　　　　　　　　　　　1220 L Street, NW, Suite 700
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20005
　　　　　　　　　　　　　　　　　　　　　　(202) 742-2000
　　　　　　　　　　　　　　　　　　　　　　(202) 742-2098 (fax)
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*