UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMANTHA ROBINSON, for<br>A.B., a minor, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-1253 (RCL)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the foregoing reasons in the Memorandum Opinion accompanying this Order, it is hereby

ORDERED that the defendants' motion to dismiss [5] with respect to all claims brought under 42 U.S.C. § 1983 by all plaintiffs is GRANTED; and it is further

ORDERED that defendant's motion to dismiss [5] all claims brought by plaintiffs J.G. and J.W. is GRANTED, and that, therefore, all claims brought by J.G. and J.W. shall be DISMISSED WITH PREJUDICE; and it is further

ORDERED that defendants file an answer on the IDEIA claim brought by J.H. within ten days of this Order.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 2, 2007.