UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMANTHA ROBINSON, for A.B., a minor, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 06-1253 (RCL)<br>:<br>:<br>:<br>:<br>: |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO COMPLAINT**

The Parties, by counsel and pursuant to Fed. R. Civ. P. 6 (b)(1), hereby move this Court for an enlargement of time – to September 13, 2007 – for Defendants' to respond to the Complaint herein.

On July 12, 2006, forty (40) named plaintiffs filed a Complaint for reimbursement of attorneys' fees and costs, asserting that they were "prevailing parties" in administrative proceedings pursuant to the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 et seq. ("IDEIA"). By praecipe filed October 5, 2006, the Plaintiffs voluntarily dismissed or withdrew all of the Plaintiffs' claims except those of J.G., J.H. and J.W. By Order of this Court dated August 2, 2007, Plaintiffs J.G. and J.W. were also dismissed. Thus, only the claims of J.H. remain here.

In order for the parties to try to settle the claims of J.H., Defendant requests a 30 day extension of time—to September 13, 2007—for the Defendants to answer the complaint in the event an answer is necessary.

Plaintiffs' counsel has consented to a grant of this motion.

Respectfully submitted,

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Amy Caspari*
Amy Caspari [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794

August 13, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMANTHA ROBINSON, for A.B., a minor, et al., : <br><br> Plaintiffs, : <br><br> v.  : <br><br> DISTRICT OF COLUMBIA, et al., : <br><br> Defendants. : | Civil Action No. 06-1253 (RCL) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR ENLARGEMENT OF TIME

1. Rule 6(b)(1), Federal Rules of Civil Procedure.
2. Consent of the Plaintiff.

> Respectfully submitted,
>
> LINDA SINGER
> Attorney General for the
> District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General
> Civil Litigation Division
>
> */s/ Edward P. Taptich*
> EDWARD P. TAPTICH [#012914]
> Chief, Equity Section II
>
> */s/ Amy Caspari*
> Amy Caspari [#488968]
> Assistant Attorney General
> 441 Fourth Street, N.W.
> Sixth Floor South
> Washington, D.C. 20001
> (202) 724-7794

August 13, 2007