UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMANTHA ROBINSON, for A.B., a minor, et al., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> DISTRICT OF COLUMBIA, et al., : <br> : <br> Defendants. : | Civil Action No. 06-1253 (RCL) |

**CONSENT JUDGMENT**

Upon consideration of the parties' August 13, 2007, Consent Motion for Enlargement of Time to Respond to Complaint, it is on this _____ day of August, 2007, hereby

**ORDERED,** that Defendants' time to answer the Complaint is extended to September 13, 2007.

_____
United States District Judge