UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SAMANTHA ROBINSON, for A.B., a minor, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil No. 06-1253 (RCL) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

On consideration of the parties' August 13, 2007 Consent Motion [13] for an enlargement of time to respond to the complaint, it is hereby

ORDERED, that the motion is GRANTED; and it is further

ORDERED, that defendants' time to answer the complaint is extended to September 13, 2007.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, August 20, 2007.