UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMANTHA ROBINSON, for A.B., a minor, et al., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> DISTRICT OF COLUMBIA, et al., : <br> : <br> Defendants. : | Civil Action No. 06-1253 (RCL) |

## JOINT MOTION FOR CONSENT JUDGMENT

The parties jointly move this Court to approve the attached Consent Judgment awarding attorney fees to Plaintiff J.H. and dismissing this case with prejudice.

On July 12, 2006, 40 named plaintiffs filed a Complaint for reimbursement of attorneys' fees and costs, asserting that they were "prevailing parties" in administrative proceedings pursuant to the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 et seq. ("IDEIA"). By praecipe filed October 05, 2006, the Plaintiffs voluntarily dismissed or withdrew all of the Plaintiffs' claims except three, those of J.G., J.H. and J.W. On August 1, 2007, this Court dismissed the claims of J.G. and J.W. Thus, only the claims of J.H. remain.

A grant of this motion, therefore, will terminate what remains of this action.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

| /s/*Roxanne Neloms* | /s/ *Amy Caspari* |
|---|---|
| Roxanne Neloms [478157] | Amy Caspari [#488968] |
| Brown & Associates | Assistant Attorney General |
| 1220 L St. N.W., #700 | 441 Fourth Street, N.W., 6th Fl. S |
| Washington, D.C. 20005 | Washington, D.C. 20001 |
| (202) 742-2022 | (202) 724-7794 |
| rneloms@jeblaw.biz | amy.caspari@dc.gov |
| Attorney for Plaintiffs | Attorney for Defendants |

September 12, 2007