UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMANTHA ROBINSON, for
A.B., a minor, et al.,

    Plaintiffs,

    v.                                                                     Civil Action No. 06-1253 (RCL)

DISTRICT OF COLUMBIA, et al.,

    Defendants.

## CONSENT JUDGMENT

Upon consideration of the parties' September 12, 2007, Joint Motion for Consent Judgment, it is on this _____ day of September, 2007, hereby

**ORDERED,** that Plaintiff J.H. is awarded $4,000 in settlement of any and all claims for attorneys' fees in connection with her complaint for fees filed on July 12, 2006; and it is

**FURTHER ORDERED,** that payment of the above amounts will be made to James E. Brown & Associates within 60 days of the date of this Order; and it is

**FURTHER ORDERED,** that this fully resolves the only remaining issue in this matter; and it is

**FURTHER ORDERED,** that this case is dismissed with prejudice.

_____
United States District Judge