**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| SAMANTHA ROBINSON, for<br>A.B., a minor, et al.,<br><br>      **Plaintiffs,**<br><br>        **v.**<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>      **Defendants.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 06-1253 (RCL) |

**CONSENT JUDGMENT**

Upon consideration of the parties' September 12, 2007, Joint Motion for Consent Judgment [15], it is hereby

**ORDERED,** that Plaintiff J.H. is awarded $4,000 in settlement of any and all claims for attorneys' fees in connection with her complaint for fees filed on July 12, 2006; and it is

**FURTHER ORDERED,** that payment of the above amounts will be made to James E. Brown & Associates within 60 days of the date of this Order; and it is

**FURTHER ORDERED,** that this fully resolves the only remaining issue in this matter; and it is

**FURTHER ORDERED,** that this case is dismissed with prejudice.


SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on September 25, 2007.